**RICHARD A. BESHWATE, JR.   SBN: 179782**
ATTORNEY AT LAW
2020 TULARE STREET SUITE A
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 266-5000

Attorney for Defendant, RAUL RECIO-REYES

FILED
NOV 18 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>vs.<br><br>RAUL RECIO-REYES,<br><br>　　　Defendant. | Case:1:14-cr-00103-LJO-SKO<br><br>**ORDER FOR FULL RECONVEYANCE OF PROPERTY TO ROSA ISELA RECIO** |

　　　The documents offered in support of the property bond in the amount of $50,000 (Fifty Thousand Dollars) regarding the above-referenced matter did not comply with the Court's requirements. Therefore, the Deed is being reconveyed to the property owner, Rosa Isela Recio.

　　　IT IS HEREBY ORDERED that the property located at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓ and described as follows: Merced County Recorder Document Number 2014-033872, City of Merced, County of Merced, Lot 12 according to the Map of A.L. JOHNSON, Assessors Parcel Number 066-080-026 be reconveyed to ROSA ISELA RECIO in its entirety.

IT IS SO ORDERED.

Dated: 11/18/14

_____
UNITED STATES MAGISTRATE JUDGE

1